**Jerome MORRIS–BEY, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. 61564.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 10, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Dec. 23, 1992.

Application to Transfer Denied
Jan. 26, 1993.

David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We find the motion court did not clearly err in such denial. Therefore, we affirm the motion court's decision pursuant to Rule 84.16(b).

No jurisprudential purpose would be served by a written opinion in this case. The parties have been provided with a

memorandum for their information only setting forth the reasons for our decision.